Entered

JS-6

```
              FILED
     CLERK, U.S. DISTRICT COURT

         January 21, 2015

     CENTRAL DISTRICT OF CALIFORNIA
     BY:        KH        DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO BALTAZAR,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.   SACV 14-732 RNB<br><br>**J U D G M E N T** |

In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).


DATED: January 21, 2015

　　　　　　　　　　　　　　　/s/ Robert N. Block
　　　　　　　　　　　　　　　ROBERT N. BLOCK
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE